IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN M. SCHOPPE-RICO, | | No. C 11-1268 WHA (PR) |
| Plaintiff, | | **ORDER OF TRANSFER** |
| v. | | |
| LOPEZ, Warden, et al., | | (Docket Nos. 2, 3) |
| Defendants. | | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California State Prison in Corcoran, California. Defendants are Corcoran officials, as well as the Governor of California and the Director of the California Department of Corrections and Rehabilitation in Sacramento. The events that give rise to plaintiff's claims are alleged to have taken place. At Corcoran. Corcoran and Sacramento are both located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's motions to proceed in forma pauperis (docket number 2) and for appointment of counsel (docket number 3) are deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: March 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\SCHOPPE-RICO1268.TRN.wpd

2