# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOPEZ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00523-AWI-SKO PC<br><br>ORDER DENYING MOTION FOR ORAL ARGUMENT AND STRIKING DUPLICATIVE MOTION<br><br>(Docs. 9 and 13) |

Plaintiff John M. Schoppe-Rico, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 15, 2011. On April 5, 2011, Plaintiff filed a motion seeking an order permitting him to appear by telephone to resolve any issues relating to amendment. On April 14, 2011, Plaintiff filed a second, identical motion. Plaintiff's duplicative motion shall be stricken from the record, and Plaintiff is admonished that he must wait for the Court to rule on pending motions. Seeking identical relief in the absence of a ruling on the initial motion is not permissible and may subject parties to sanctions if the Court finds the behavior to be abusive.[1]

Pursuant to Local Rule 230(l), motions are submitted upon the record without oral argument, and other issues, including the screening of Plaintiff's complaint, are handled without oral argument. Therefore, Plaintiff's motion for oral argument is denied. In the event that the Court deems a hearing

///

---

[1] There is no indication that Plaintiff filed the second motion in bad faith, but by this order, Plaintiff is placed on notice not to file duplicative motions when the Court has not ruled on the initial motion.

1

necessary, it will order one and it will arrange for the participation of Plaintiff either by telephone or in person.  Local Rule 230(g).

Based on the foregoing, Plaintiff's motion for oral argument, filed April 5, 2011, is HEREBY DENIED, and Plaintiff's duplicative motion, filed April 14, 2011, is STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   April 19, 2011**                              /s/ Sheila K. Oberto
                                                                            UNITED STATES MAGISTRATE JUDGE